IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| CAPITAL BANK, NA ) | |
| 2275 Research Boulevard ) | |
| Suite 600 ) | |
| Rockville, MD 20850 ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | Civil Law No.: 20-cv-02402 |
| ) | |
| POTOMAC CONSTRUCTION 1525 P STREET, LLC ) | |
| A District of Columbia limited liability company ) | |
| 1734 20th Street, NW ) | |
| Suite B ) | |
| Washington, DC 20009 ) | |
| ) | |
|  Serve: CT Corporation System ) | |
|     1015 15th Street, NW ) | |
|     Suite 1000 ) | |
|     Washington, DC 20005 ) | |
| ) | |
|     And ) | |
| ) | |
| MATTHEW SHKOR ) | |
| 1738 R Street, NW ) | |
| Washington, DC 20009 ) | |
| ) | |
|     Defendants. ) | |

1

_____

## ENTRY OF JUDGMENT BY CONFESSION

The Court having ordered confession of judgment by Order dated _____, judgment is hereby entered this _____ day of _____, 2020, as follows:

Judgment in favor of the Plaintiff, Capital Bank, NA, against Defendants, POTOMAC CONSTRUCTION 1525 P STREET, LLC and MATTHEW SHKOR, jointly and severally, in the amount of the unpaid principal balance of Two Million Seven Hundred Seventy Nine Thousand Nine Hundred Sixty One and 00/100 ($ 2,779,961.00) dollars, together with prior accrued interest of Sixty Three Thousand Five Hundred Fourteen and 60/100 ($ 63,514.60) dollars through August 19, 2020 at $868.74 per day, plus late charges of Seven Hundred Thirty Nine and 23/100 ($739.23) dollars, plus attorneys' fees and costs of collection of Three Thousand Seven Hundred and no/100 ($ 3,700.00) dollars for a the total amount to be confessed is Two Million Eight Hundred Forty Seven Thousand Nine Hundred Sixty Four and 83/100 ($2,847,964.83) dollars, together with interest at the default rate of 11.25% from August 19 , 2020 until date of judgment besides costs and reasonable attorney's fees.

Entered on: _____           _____
                                                          Clerk of Court

END OF ORDER