IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| CAPITAL BANK, NA )<br>2275 Research Boulevard )<br>Suite 600 )<br>Rockville, MD 20850 )<br>         )<br>    Plaintiff, )<br>         )<br>    v. ) | Civil Law No.: 20-cv-02402 |
|         ) | |
| POTOMAC CONSTRUCTION 1525 P STREET, LLC )<br>A District of Columbia limited liability company )<br>1734 20th Street, NW )<br>Suite B )<br>Washington, DC 20009 )<br>         )<br> Serve: CT Corporation System )<br>    1015 15th Street, NW )<br>    Suite 1000 )<br>    Washington, DC 20005 )<br>         )<br>    And )<br>         )<br>MATTHEW SHKOR )<br>1738 R Street, NW )<br>Washington, DC 20009 )<br>         )<br>    Defendants. ) | |

1

_____

## NOTICE OF ENTRY OF JUDGMENT BY CONFESSION

To:  POTOMAC CONSTRUCTION 1525 P STREET, LLC and MATTHEW SHKOR

You are hereby notified that a Judgment by Confession has been entered against you in this Court.  You have thirty (30) days after service of this notice upon you to file a **written** motion to open, modify or vacate the Judgment.  If you file such a motion, it must be filed in the Office of the Clerk of this Court, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.  You are also required to serve a copy of such motion upon the attorney for Plaintiff, Lawrence J. Anderson, Esquire, 119 N. Henry Street, Alexandria, VA 22314

Entered on: _____        _____
                                     Clerk of Court

END OF ORDER