IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| CAPITAL BANK, NA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Law No.: 20-cv-02402 |
| | ) | |
| POTOMAC CONSTRUCTION | ) | |
| 1525 P STREET, LLC, et al | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, by its undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) hereby dismisses this action *without prejudice.*

The Defendants have not filed an answer, a motion for summary judgment, or any counterclaims.

DATE: October 29, 2020

/s/*Lawrence J. Anderson*
LAWRENCE J. ANDERSON
#11390
Nealon & Associates, P.C.
119 N. Henry Street
Alexandria, VA 22314
703-684-5755
703-684-0153 FAX
landerson@nealon.com

Counsel for Capital Bank, NA