IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

"APPROVED" THIS ___4___ DAY of ___Nov___, 20_20_.

_/s/ Peter J. Messitte_
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

CAPITAL BANK, NA )
)
    Plaintiff, )
)
v. )    Civil Law No.: 20-cv-02402
)
POTOMAC CONSTRUCTION )
1525 P STREET, LLC, et al )
)
    Defendants. )

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, by its undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) hereby dismisses this action *without prejudice.*

The Defendants have not filed an answer, a motion for summary judgment, or any counterclaims.

DATE: October 29, 2020

/s/Lawrence J. Anderson
LAWRENCE J. ANDERSON
#11390
Nealon & Associates, P.C.
119 N. Henry Street
Alexandria, VA 22314
703-684-5755
703-684-0153 FAX
landerson@nealon.com

Counsel for Capital Bank, NA

1